■ BUFFAMANTE WHIPPLE BUTTAFARO, CERTIFIED PUBLIC ACCOUNTANTS, P.C., Appellant, v KELLY A. DAWSON, Defendant, and JOHN S. TRUSSALO, CERTIFIED PUBLIC ACCOUNTANTS, P.C., Respondent. (Appeal No. 2.) [987 NYS2d 291]—Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered February 4, 2013. The order granted the motion of defendant John S. Trussalo, Certified Public Accountants, P.C., for summary judgment and dismissed the complaint against it.

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, the motion is

denied and the complaint against defendant John S. Trussalo, Certified Public Accountants, P.C. is reinstated.

Same memorandum as in *Buttafaro v Dawson* (118 AD3d 1283 [June 13, 2014]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.